# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS,<br><br>        Plaintiff,<br><br>   v.<br><br>H.L. BRYANT, et. al.,<br><br>        Defendants.<br>_____/ | CV F   04 5077 REC SMS P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING USM-285 FORMS AND SUMMONSES<br><br>ORDER DIRECTING CLERK OF COURT TO SEND FORMS |

      Louis Frances ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the instant action on January 14, 2004, alleging a violation of his Eighth Amendment rights by defendants H.L. Bryant, G.L. Honest, and G. Galaza. Plaintiff is seeking compensatory damages.

      The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 for violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that:

1.    Service is appropriate for the following defendants:

        H.L. BRYANT

        G.L. HONEST

        G. GALAZA

2.    The Clerk of the Court is DIRECTED to send Plaintiff THREE (3) USM-285

1

forms, THREE (3) summonses, an instruction sheet and a copy of the complaint filed January 14, 2004.

3. Within **THIRTY (30) DAYS** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.    Completed summons;

    b.    ONE completed USM-285 form for EACH defendant listed above (for a total of THREE); and

    c.    FOUR (4) copies of the endorsed complaint filed January 14, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 3, 2005**            /s/ Sandra M. Snyder
icido3                   UNITED STATES MAGISTRATE JUDGE