# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LOUIS FRANCIS,

Plaintiff,

v.

H.L. BRYANT, et. al.,

Defendants.

_______________________________________/

CV F 04 5077 REC SMS P

SECOND ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE ON DEFENDANT BRYANT WITHOUT PREPAYMENT OF COSTS

Louis Frances ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's original complaint filed on January 14, 2004, against Defendants H.L. Bryant, G.L. Honest, and G. Galaza for an Eighth Amendment violation.

On June 21, 2005, the Court issued an Order directing the U.S. Marshal to effect service on Defendants H.L. Bryant, G. L. Honest and G. Galaza. The summonses for Defendants Honest and Galaza were returned to the Court executed on October 2, 2005. However, the summons was returned unexecuted for Defendant H.L. Bryant on September 28, 2005.

**The court and the Marshal have a statutory duty to service process on plaintiff's behalf, and the response given to the Marshal by CDC to date is insufficient to allow the court to discharge this duty on the ground that Defendant H.L. Bryant cannot be located.**[1]

[1] From the Litigation Coordinator's response, it appears that Defendant H.L. Bryant *was* identified, however, the response that he/she is no longer at Corcoran is insufficient. Unless H.L. Bryant is no longer employed by CDC, personnel at Corcoran should be able to provide the Marshal with his current site of employment.

28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for each Defendant to be served;

    (2) One completed USM-285 form for each Defendant to be served;

    (3) One copy of the Complaint filed on January 14, 2004 for each Defendant to be served, plus an extra copy for the Marshal;

    (4) One copy of this order for each Defendant to be served, plus an extra copy for the Marshal;

    (5) One copy of the Court's consent form for each Defendant to be served.

2. Within **TEN (10)** days from the date of this order, the United States Marshal is directed to notify the following Defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**C/O H.L. BRYANT**

3. The U.S. Marshal is directed to retain the summons and a copy of the Complaint in their file for future use.

4. The United States Marshal SHALL file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. **In attempting to identify and locate Defendant H.L. BRYANT, if the Litigation Office at Corcoran is unable to assist, the Marshal is DIRECTED to seek the assistance of the Employment Office at Corcoran, and, *if necessary*, contact the Legal Affairs Division in Sacramento and request the assistance of a special investigator.**

6. If a waiver of service is not returned by Defendants within SIXTY (60) DAYS of the date of mailing the request for waiver, the United States Marshal SHALL:

    a. Personally serve process and a copy of this order upon the Defendants

pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this Order. The United States Marshal SHALL maintain the confidentiality of all information provided by the CDC pursuant to this order.

b. Within TEN (10) days after personal service is effected, the United States Marshal SHALL file the return of service for the Defendants, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said Defendants. Said costs shall be enumerated on the USM-285 form and SHALL include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendants in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

7. In the event that Defendants make an appearance in this action by filing an Answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve Defendants.

8. In the event that Defendants either waive service or are personally served, Defendants are required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated: October 5, 2005** **/s/ Sandra M. Snyder**
icido3 UNITED STATES MAGISTRATE JUDGE