1  BILL LOCKYER, Attorney General
   of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Acting Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  DAVID A. CARRASCO, State Bar No. 160460
   Deputy Attorney General
6      1300 I Street, Suite 125
       P.O. Box 944255
7      Sacramento, CA 94244-2550
       Telephone: (916) 323-1938
8      Fax: (916) 324-5205
       E-mail:  David.Carrasco@doj.ca.gov
9
   Attorneys for Defendants Galaza and Honest
10 SA2005300998

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13                              FRESNO DIVISION

14
   LOUIS FRANCIS,                          No. CIV F-04-5077 REC SMS P
15
                           Plaintiff,      **ORDER GRANTING REQUEST FOR**
16                                         **EXTENSION OF TIME TO FILE**
           v.                              **UNENUMERATED RULE 12(b)**
17                                         **MOTION (Doc. 25.)**
   H.L. BRYANT, et al.,
18
                           Defendants.
19

20

21         The Court has considered defendants' request for an extension of time to file an

22 unenumerated Rule 12(b) motion and good cause appearing,

23         IT IS ORDERED that the deadline for filing an unenumerated Rule 12(b) motion

24 is DUE within thirty (30) days of the date of service of this Order.

25 IT IS SO ORDERED.

26 **Dated:   January 10, 2006**                /s/ Sandra M. Snyder
   b6edp0                                       UNITED STATES MAGISTRATE JUDGE
27

28