# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS, | CV F   04 5077 REC SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION TO COMPEL (Doc. 49.) |
| BRYANT, et. al., | ORDER DIRECTING CLERK OF COURT TO TERM PENDING MOTION TO COMPEL (Doc. 36.) |
| Defendants. / | |

 Louis Francis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's original complaint filed on January 14, 2004, against Defendants H.L. Bryant, G.L. Honest, and G. Galaza.[1]

 On June 22, 2006, Plaintiff filed a Motion to Compel discovery.  Defendants filed an Opposition to the Motion on July 11, 2006.

---

[1] Defendant Bryant has not been served and is therefore not a party to this action.

1

1  On July 21, 2006, Plaintiff filed a Request to voluntarily withdraw his Motion to Compel
2  discovery. Plaintiff states that after receiving and reviewing Defendant's Opposition, he realized
3  that Defendant's responses to his discovery requests were timely.  As such, he moves this Court
4  to allow him to withdraw the Motion.

5  The Court HEREBY ORDERS:
6  1. The Plaintiff's Request to Withdraw the Motion to Compel is GRANTED;
7  2. The Clerk of Court is DIRECTED to term the pending Motion to Compel
8  (Doc. 46) in accordance with this Order.
9  IT IS SO ORDERED.

10  **Dated:    July 26, 2006**                              **/s/ Sandra M. Snyder**
    icido3                                  UNITED STATES MAGISTRATE JUDGE