UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS,<br><br>               Plaintiff,<br><br>   v.<br><br>H.L. BRYANT, et. al.,<br><br>               Defendants.<br>_____/ | CV F   04 5077 AWI SMS P<br><br>ORDER DIRECTING THE CLERK OF COURT TO COMPLETE AND ISSUE SUBPOENAS PURSUANT TO RULE 45 WITHOUT PREPAYMENT OF COSTS<br><br>ORDER DIRECTING THE U.S. MARSHAL TO SERVE SUBPOENAS |

      Louis Frances ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 7, 2006, this Court granted Plaintiff's request for the issuance of eight (8) Rule 45 Subpoenas. Plaintiff was directed to complete the subpoenas and return them to the Court. The Court received a second set of eight (8) completed subpoenas on July 26, 2006.

      Accordingly, the Court HEREBY ORDERS:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    a. Eight (8) completed and issued subpoenas[1] to be served on

        \*   Litigation Coordinator or Custodian of Records,

           California Department of Corrections and Rehabilitation (2)

---

[1] The Clerk of Court shall change the date and time specified by Plaintiff in the completed subpoenas to reflect a date of September 29, 2006, at 11:00 a.m. for production of documents as Plaintiff did not provide sufficient time to allow for service and compliance with the subpoenas.

1

   * Litigation Coordinator or Custodian of Records,

     High Desert State Prison (3)

   * Litigation Coordinator or Custodian of Records,

     Corcoran State Prison (3)

  b. Eight (8) completed USM-285 forms, one for each subpoena; and

  c. Eight (8) copies of this order to accompany each subpoena, plus an extra copy for the U.S. Marshal.

2. Within THIRTY (30) days from the date of this order, the United States Marshal is DIRECTED to serve a the subpoena on those individuals named in each subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3. The U.S. Marshal is DIRECTED to retain a copy of each subpoena in their file for future use;

4. The United States Marshal SHALL personally serve process and a copy of this order upon the individuals named in each of the eight (8) subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and SHALL command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order.  The United States Marshal SHALL maintain the confidentiality of all information provided by the CDCR pursuant to this order.

5. Within TEN (10) days after personal service is effected, the United States Marshal SHALL file the return of service, along with the costs subsequently incurred in effecting service.  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

**Dated: August 1, 2006**       /s/ Sandra M. Snyder
icido3            UNITED STATES MAGISTRATE JUDGE