UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS, | 1:04-cv-05077-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 41) |
| vs. | |
| H.L. BRYANT, et al., | **ORDER DISMISSING CERTAIN DEFENDANT** |
| Defendants. / | |

Louis Francis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 7, 2006, the Magistrate Judge filed Findings and Recommendations that recommended Defendant Bryant be dismissed from this action. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On June 19, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and

1

Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. In the objections Plaintiff asked for the Court to await Plaintiff receiving the other Defendants' response to interrogatories before dismissing Defendant Bryant. Plaintiff claimed that he has requested information from the other Defendants about Defendant Bryant's current location. However, at this time, it appears Plaintiff has received the responses he had sought. After receiving the responses, Plaintiff has provided no additional information about Defendant Bryant's location. The interrogatories at issue in Plaintiffs' pending motion to compel do not ask about the location and/or whereabouts of Defendant Bryant.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 7, 2006, are ADOPTED IN FULL; and,

2. Defendant H.L. Bryant is DISMISSED from this action for failure to effect service.

This action is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   September 27, 2006**           /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE