# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LOUIS FRANCIS,

        Plaintiff,

v.

H.L. BRYANT, et. al.

        Defendants.

CV F   04  5077 AWI SMS P

ORDER DIRECTING CLERK OF COURT TO SERVE COURTESY COPY OF MOTION TO COMPEL (Doc. 78) ON COUNSEL FOR CALIFORNIA DEPARTMENT OF CORRECTIONS

    Louis Francis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On September 29, 2006, the California Department of Corrections and Rehabilitation ("CDCR")  filed a Motion to Quash and/or Modify Rule 45 subpoenas and set the matter for hearing before the Honorable Anthony W. Ishii on November 6, 2006, at 1:30 p.m.

    On October 5, 2006, this Court vacated the hearing and Ordered that the Motion to Quash be stricken from the record as the moving party failed to serve the Plaintiff with a copy of the Motion to Quash.  In that Order, the Court advised both the moving party and Plaintiff that all pleadings pertaining to the production of documents by a non-party be served on the relevant party.

On October 12, 2006, Plaintiff filed a Motion to Compel compliance with the subpoenas served on the non-party California Department of Corrections and Rehabilitation. However, Plaintiff served only counsel for Defendants and not the non-party responsible for responding to the subpoenas. Ordinarily, such failure would justify striking the pleading from the record. However, because counsel representing the California Department of Corrections and Rehabilitation failed to serve Plaintiff with the initial Motion to Quash, Plaintiff was not provided with the information needed to effect service on the non-party with respect to his Motion to Compel compliance with the subpoenas. Accordingly, the Court declines to strike the Motion to Compel from the record and will DIRECT the Clerk of Court to serve a courtesy copy of the Motion to Compel filed on October 12, 2006, on the legal representative for the CDCR. The CDCR may respond to the Motion to Compel within the time frames allotted by the local rules. Local Rule 78-230(c).

The Court HEREBY ORDERS:

1. The Clerk of Court is DIRECTED to serve a courtesy copy on the legal representative of the California Department of Corrections and Rehabilitation, the party to whom the Rule 45 subpoenas for production of documents were directed. According to the Court record, the legal representative for the CDCR is:

> Suzanne Foley-Sprague and/or Guy Douglas Borges
> McNamara, Doge, Ney, Beatty, Slattery, Pfalzer & Borges, L.L.P.
> 639 Kentucky Street, First Floor
> Fairfield, California  94533.

Plaintiff is again informed that any pleadings filed concerning the Rule 45 subpoenas must be served on the opposing party as well as the non-party to whom the subpoenas were directed.

IT IS SO ORDERED.

Dated:   October 17, 2006              /s/ Sandra M. Snyder
icido3                                 UNITED STATES MAGISTRATE JUDGE