UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS FRANCIS, | ) | 1:04-CV-5077 AWI SMS P |
| Plaintiff, | ) ) | ORDER DENYING REQUEST FOR EXTENSION OF TIME (Doc. 66) |
| v. | ) ) | ORDER VACATING DISPOSITIVE |
| H. L. BRYANT, et al., | ) ) | MOTION DEADLINE (Doc. 42.4) |
| Defendants. | ) ) ) | |

  Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 3, 2006, Defendants filed a request/motion to extend time to file a dispositive motion. Defendants stated that pending before the Court was Plaintiff's Motion to Amend the Complaint and that granting the extension of time until after resolution of the Motion to Amend would allow Defendants to know what Complaint to respond to.  Two days after the submission of this Motion for more time, the Court denied Plaintiff's pending Motion to Amend.  Thus, Defendants' request for an extension of time is unnecessary and will be DENIED.

  The Court notes further the difficulties Plaintiff has had in obtaining discovery from the Defendants and the non-party (California Department of Corrections and Rehabilitation).  In light of

1 these difficulties and the continuation of discovery, the Court finds it necessary to vacate that portion
2 of its June 7, 2006, Order setting a dispositive motion deadline of October 25, 2006. (Doc. 42). The
3 Court will re-set the dispositive motion deadline at the conclusion of all outstanding discovery.
4     Accordingly, the Court HEREBY ORDERS:
5     1.    The Motion for an Extension of time is DENIED as unnecessary;
6     2.    The portion of the Court Order dated June 7, 2006, setting forth a dispositive motion
7     deadline of October 25, 2006, is VACATED. (Doc. 42.4) The Court will re-set a
8     dispositive motion deadline following the conclusion of the outstanding discovery.
9 IT IS SO ORDERED.
10 **Dated:  October 23, 2006**      **/s/ Sandra M. Snyder**
    icido3      UNITED STATES MAGISTRATE JUDGE