# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS,<br><br>        Plaintiff,<br>   v.<br><br>H.L. BRYANT, et. al.<br><br>        Defendants.<br>_____/ | CV F   04  5077 AWI SMS P<br><br>ORDER STRIKING MOTION TO QUASH AND RELATED PLEADINGS FROM RECORD (Docs. 82, 83, 84.)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COUNSEL FOR CDCR WITH COPY OF THIS ORDER |

 Louis Francis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

 On September 29, 2006, the California Department of Corrections and Rehabilitation ("CDCR")  filed a Motion to Quash and/or Modify Rule 45 subpoenas and set the matter for hearing before the Honorable Anthony W. Ishii on November 6, 2006, at 1:30 p.m.  The Court vacated the hearing and informed the CDCR that all motions were to be heard on the record without oral argument as set forth in the Local Rules.  The Court also directed the Clerk of Court to strike the Motion from the record because the CDCR failed to serve Plaintiff with a copy of the pleadings filed as is required by the Local and Federal Rules of Civil Procedure. See Local

1

1 | Rule 5-135(b); Fed.R.Civ.P. 5.

2 |     On October 25, 2006, the CDCR filed a Notice of Motion and Motion to Quash and/or Modify Subpoenas, a Memorandum of Points and Authorities in Support of the Motion and the Declaration of Jeffrey R. Townsend in support of the Motion to Quash. A review of these pleadings, including the Declaration, indicates that the CDCR has again failed to serve the Plaintiff as there is no proof of service attached to any of the pleading submitted on October 25, 2006.

    Accordingly, the Court HEREBY ORDERS:

1. The Motion to Quash the Subpoenas and all related pleadings filed September 29, 2006 (Docs. 82, 83, 4) are Ordered STRICKEN from the record.
2. The Clerk of Court is DIRECTED to serve counsel for the CDCR with a copy of this Order.

IT IS SO ORDERED.

**Dated:**   **October 31, 2006**                 /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE