# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS,<br><br>        Plaintiff,<br><br>  v.<br><br>H.L. BRYANT, et. al.,<br><br>        Defendants.<br>                               / | CV F   04 5077 REC SMS P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE A RETURN TO THE ORDER TO SHOW CAUSE (Doc. 103)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SANCTIONS (Doc. 104.) |

     Louis Frances ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     On December 15, 2006, this Court issued an Order to Show Cause why the Motion to Dismiss for failure to exhaust should not be granted.  Pending at the time was a Motion for Sanctions filed by Plaintiff on December 6, 2006, and Opposed by Defendants on December 19, 2006.  Plaintiff field a Motion to extend time to respond to Defendant's Opposition on January 3, 2007.

     Good cause having been presented, the Court HEREBY ORDERS:

     1.     Plaintiff's Requests for extension of time to file a Return to the Order to Show

1

1  Cause and Reply to the Opposition to Motion for Sanctions are GRANTED.
2  Plaintiff shall file the Return and Reply within thirty (30) days of the date of
3  service of this Order.
4  IT IS SO ORDERED.
5  **Dated:**   **January 8, 2007**                      **/s/ Sandra M. Snyder**
   icido3                                          UNITED STATES MAGISTRATE JUDGE