UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS, | 1:04-cv-05077-LJO-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 114) |
| vs. | **ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS** (Doc. 85) |
| H.L. BRYANT, et al., | |
| Defendants. | **ORDER DISMISSING ACTION** |

Plaintiff, Louis Francis ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 27, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On April 25, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1.   The Findings and Recommendations, filed March 27, 2007, are ADOPTED IN FULL;

     2.   Defendant's motion for judgment on the pleadings, filed October 27, 2006, is GRANTED; and,

     3.   This case is DISMISSED, with prejudice, on the grounds that the action is barred by the statute of limitations as plaintiff is not entitled to equitable tolling and the claim in this action is unexhausted.

IT IS SO ORDERED.

**Dated:   May 21, 2007**                          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE